# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3972

_____

Delsita Yvette Day,

        Appellant,

v.

Department of Veterans Affairs; James
B. Peake,[1] Secretary, U.S.
Department of Veterans Affairs,

        Appellees.

\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  District of Minnesota.
\*
\*  [UNPUBLISHED]
\*
\*
\*

_____

Submitted: March 21, 2008
Filed: April 8, 2008

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Delsita Yvette Day, an African American, appeals the district court's[2] adverse grant of summary judgment in her Title VII action. To the extent Day's brief properly

_____

[1]James B. Peake has been appointed to serve as Secretary of Veterans Affairs, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

[2]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota.

raises issues for our review, <u>see</u> <u>Slack v. St. Louis County Gov't</u>, 919 F.2d 98, 99-100 (8th Cir. 1990) (per curiam), we find no basis for overturning the district court's well-reasoned decision, <u>see</u> <u>Fair v. Norris</u>, 480 F.3d 865, 869 (8th Cir. 2007) (standard of review); <u>Glick v. Henderson</u>, 855 F.2d 536, 541 (8th Cir. 1988) (civil litigant has no constitutional or statutory right to effective assistance of counsel).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____